JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ORTHOPEDIC CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA PHYSICIANS' SERVICE, et al., <br><br> Defendants. | Case No. CV 23-7678-GW-AGRx <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 5, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE